# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**THOMAS EARL HENDRICKS,**

    Plaintiff,

v.                                  **CASE NO. 3:17cv307-MCR-CJK**

**DANIEL W. UHLFELDER;**
**DANIEL W. UHLFELDER, P.A.;**
**CYNTHIA S. TUNNICLIFF; and**
**PENNINGTON, P.A.,**

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 27, 2018. ECF No. 43. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Daniel W. Uhlfelder and Daniel W. Uhlfelder, P.A.'s Motion to Dismiss and for Summary Judgment, ECF No. 38, is GRANTED and Plaintiff's claims against them are DISMISSED with PREJUDICE.

3. Defendants Cynthia S. Tunnicliff and Pennington, P.A.'s Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 39, is GRANTED and Plaintiff's claims against them are DISMISSED with PREJUDICE.

4. The clerk shall close the file.

**DONE AND ORDERED** this 20th day of September, 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**